UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

CASE No. 8:19-cr-140-T-33TGW                 DATE: JULY 6, 2020

## HONORABLE THOMAS G. WILSON

UNITED STATES OF AMERICA                     AUSA MARIA GUZMAN
-v-
HUMBERTO RAMIREZ                             CJA DAVID HARDY

DEPUTY CLERK: DAWN M. SAUCIER                COURTROOM 12A
COURT REPORTER: N/A                          TIME: 11:05-11:38 (33 mins.)
INTERPRETER: JAMES PLUNKETT                  TAPE: DIGITAL

### PROCEEDINGS:   CHANGE OF PLEA

( X )  Interpreter sworn

( X )  Defendant sworn

( X )  Notice of Maximum Penalties and Essential Elements filed

( X )  Pleas of guilty entered to Counts One and Two of the Indictment

( X )  Factual basis established

( X )  Court to recommend that guilty pleas be accepted

( X )  Defendant referred to Probation for pre-sentence investigation

( X )  Sentencing to be scheduled before Judge Virginia M. Hernandez Covington

( X )  Defendant continued on bond